No. 91–6473. ROSARIO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6475. WALKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6477. MAY v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–6478. ACUNA v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–6482. ARMSTRONG v. WATERS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–6483. BLANTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6488. HEAD v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 91–6491. YARDEN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–6497. MOORE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6500. MIRAMONTEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6501. DUDLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6503. MAESTAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6509. COLLIER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6518. SLATER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6521. ROGGIO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.